LILLIAN PERELMAN, Respondent, *v.* SAMUEL SPITZER, Appellant.

Submitted October 3, 1951; decided October 5, 1951.

*Howard L. Kuttner* for motion.

*Joseph H. Robins* and *Mark Frackman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the required papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.   [See 303 N. Y. 638.]